IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JUANITA JEAN CLARK                                                                                           PLAINTIFF

vs.                              Civil No. 1:15-cv-01045

CAROLYN COLVIN                                                                                              DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Before the Court is the Report and Recommendation (ECF No. 12) filed May 23, 2016 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. The objection period has passed without objections being filed by the parties.

The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be **ADOPTED IN ITS ENTIRETY**. Accordingly, the decision of the Administrative Law Judge is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED, this 10th day of June, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge